# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Civil No. 5:21-CR-00314-JMG |
| | : | |
| **MICHAEL HO-SUE**, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of June, 2025, upon consideration of Defendant's Motion for Compassionate Release (ECF No. 97) and the Government's Response in Opposition (ECF No. 98), **IT IS HEREBY ORDERED** that the Defendant's Motion for Compassionate Release (ECF No. 97) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge